IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH ST. FORT,

      Appellant,

v.

SUGAR FARMS CO-OP and FLORIDA CRYSTALS CORPORATION,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0235

Opinion filed August 3, 2017.

An appeal from an order of the Judge of Compensation Claims.
Gregory J. Johnsen, Judge.

Date of Accident: July 14, 2015.

Jane-Robin Wender, BCS, Boca Raton, for Appellant.

Kevin R. Clarke of Law Office of Kevin R. Clarke, Jupiter, for Appellees.

PER CURIAM.

      AFFIRMED.

LEWIS, RAY, and JAY, JJ., CONCUR.